```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CARLOS WILLIAMS,

          Plaintiff,

   - against -

JPMORGAN CHASE BANK, N.A., ET AL.,

          Defendants.

22-cv-2413 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 19, 2022 is **canceled**.

SO ORDERED.

Dated:   New York, New York
           May 12, 2022

                                          John G. Koeltl
                                   United States District Judge