UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CARLOS WILLIAMS,

                    Plaintiff,                    22-cv-2413 (JGK)

          - against -                             ORDER

JPMORGAN CHASE BANK, N.A., ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

     Responses to any crossclaims should be filed by August 8,

2022. The parties should file a Rule 26(f) report by August 29,

2022.

SO ORDERED.

Dated:    New York, New York
          July 19, 2022

                                        _____
                                              John G. Koeltl
                                        United States District Judge